# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 1:20-mj-473 |
| Antonio Wooden | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 2, 2020 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(2) | Unlawful Possession of a Firearm by a Fugitive from Justice |
| 18 U.S.C. § 922(g)(3) | Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/Christopher G. Cooper
*Complainant's signature*

Christopher G. Cooper, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone         (*reliable electronic means*)

Date: 06/03/2020

City and state: Indianapolis, Indiana

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

1. Your Affiant is a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since May of 2018.  Your Affiant is currently assigned to the Indianapolis Group I Field Office – Achilles Task Force and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code. Your Affiant is a Detective with the Indianapolis Metropolitan Police Department (IMPD) and has been employed with IMPD since July 2009.

2. As a law enforcement officer, your Affiant has participated in investigations involving homicides, aggravated batteries, serious violent felons, firearms, drug trafficking, robberies, and financial crimes, among other matters.  Your Affiant has also testified in judicial proceedings and prosecutions for violations of comparable state law. Your Affiant received their initial training at the Indianapolis Metropolitan Police Department Academy in 2009.  Your Affiant has satisfied the minimum basic training requirements established by rules adopted by the law enforcement training board under I.C. 5-2-1-9 and described in I.C. 35-37-4-5.  Your Affiant has received Operation Pipeline/Convoy Training (2013), Characteristics of an Armed Offender training (2014), Narcotics/Vice Undercover Detective school through IMPD (2016), Indiana Drug Enforcement Administration Moving Surveillance training (2016), Beyond the Traffic Stop training (2016), Quarterly Firearms Training (held in Indianapolis) and Yearly in-service training (held in Indianapolis).

3. This affidavit is submitted in support of a criminal complaint charging Antonio WOODEN (date of birth XX/XX/1996 and Social Security Number XXX-XX-1838) with

Unlawful Possession of a Firearm by a Fugitive from Justice, in violation of Title 18, United States Code, Section 922(g)(2), and Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance in violation of Title 18, United States Code, Section 922(g)(3).  The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

**Facts Supporting Probable Cause**

4.   On May 31, 2020 Detectives the Indianapolis Metropolitan Police Department (IMPD), Crime Gun Intelligence Center (CGIC) learned a male, who was positively identified by IMPD investigators as Antonio WOODEN, was firing an AR-15 style rifle during the protest/riots downtown Indianapolis on Saturday May 30, 2020.

5.   IMPD investigators located a YouTube video: https://youtu.be/mh1aEKaFAoM which is titled "Indianapolis George Floyd Protest, Riot, Shootout 5/30/20 gopro".

6.   Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force Officer (TFO) Christopher Cooper reviewed the aforementioned YouTube video.  At 1:58 of the video, TFO Cooper observed a large crowd of people standing in the street at the intersection of Market St and N Pennsylvania Ave, Indianapolis.  TFO Cooper next observed the crowd start to move quickly north and south on N Pennsylvania Ave and west on Market St.  Shortly after the crowd started to move quickly away from the intersection, TFO Cooper observed at 2:01 of the video several canisters of tear gas canisters flying in the air towards the crowd from the east on Market St.  TFO Cooper knows that IMPD Officers were deploying canisters of tear gas at the unruly crowd on Saturday May 30, 2020.

7. At 2:09 of the video, TFO Cooper observed that as people were moving from the area, ANTONIO WOODEN was wearing black pants, a black sweatshirt, a red and black facemask with blonde braids,. WOODEN was observed walking towards the area of where the canisters of tear gas were coming from. TFO Cooper observed WOODEN carrying an AR-15 style semiautomatic rifle.

8. At 2:10 of the video, WOODEN raised the rifle and pointed it to the East in the direction of the IMPD officers, who had just deployed the tear gas canisters. TFO Cooper observed WOODEN appear to shoot the AR-15 and fire at least one round in the direction of the IMPD officers.

9. TFO Cooper observed WOODEN lower the rifle and moved farther east towards the IMPD Officers on Market St. At this time the person recording this video started to run north on N Pennsylvania St. TFO Cooper could hear IMPD Officers deploying tear gas canisters and could also hear gun shots before the video ends.

10. Investigators were able to locate WOODEN's Facebook page "Pablo Le Tony Cushe" https://www.facebook.com/MrLyfe. TFO Cooper looked back on WOODEN's timeline to Saturday May 30, 2020. At 8:53 p.m., on May 30, 2020, WOODEN posted two separate posts which read "If you took the picture of the man with the AR HMU" and "I just became an icon Indiana."

11. TFO Cooper observed that WOODEN posted three photos to his Facebook timeline on May 31, 2020 at 9:21 a.m. The last photo Detective Cooper observed was WOODEN standing on top of a car holding the rifle over his head in front of Senator Mike Braun's Indianapolis Office:



4



12.   TFO Cooper conducted a further investigation and determined that WOODEN has an active arrest warrant issued from the State of Ohio for Failure to Appear to face a charge of Drug Abuse in cause number 14CRB01149MAS.  The outstanding arrest warrant for WOODEN was issued in Mason Municipal Court on May 12, 2020.

13.   TFO Cooper conducted a record search and found that WOODEN was convicted of Battery Resulting in Bodily Injury in Marion County (Indiana) Superior Court in cause number 49G10-107-CM-027958 on August 22, 2019.  WOODEN is currently on probation in that case and there is an outstanding Protective Order against WOODEN as well.  TFO Cooper contacted

5

Marion County probation and they confirmed that WOODEN is currently on probation and that his reporting address is 7311 E 19th St.

    14.  On June 2, 2020, IMPD Detective Garland Cooper set up surveillance on 7311 E 19th St.  Detective Cooper observed a tan van pull into the driveway, a short time later he observed WOODEN exit the front door of 7311 E 19th St and get into the tan van.  Detective Cooper observed the tan van leave the location.  Detective Cooper notified IMPD marked uniformed Detectives who stopped the tan van a short distance from the residence and took WOODEN into custody.  WOODEN was taken to IMPD East District to an interview room.  A search warrant was granted for WOODEN'S residence

    15.  TFO Cooper and IMPD Officer Christopher Shaw conducted an audio and video recorded interview with WOODEN.  TFO Cooper read the advisement of rights form (*Miranda* rights) to WOODEN which he acknowledged understanding and signed the form.  TFO Cooper asked him about the protective order against him.  WOODEN immediately said the name of the person protected under the order and explained the incident.  WOODEN also confirmed he is currently on state probation for that case.  TFO Cooper showed WOODEN some still photos from the video of him at the protest/riot downtown Indianapolis on May 30, 2020. WOODEN confirmed it was him carrying the rifle.  WOODEN admitted he pointed his rifle at IMPD Officers and that he knew they were police officers.  TFO Cooper explained to WOODEN a search warrant was granted for his residence.  TFO Cooper asked WOODEN where the rifle he had in the video was located. WOODEN said he put it up the chimney at 7311 E 19th St. WOODEN said that he bought the rifle approximately a week ago at Shoot Point Blank gun store for $500.00.  WOODEN told TFO Cooper he has smoked marijuana since he was sixteen (16) years old and he smoked marijuana as recently as June 1, 2020.

16. IMPD Detectives served the search warrant at WOODEN'S residence located at 7311 E 19th St. Detectives located WOODEN'S American Tactical .223 caliber rifle (serial number NS084292) in the chimney. Detectives also located a small amount of marijuana in WOODEN's bedroom along with sixty (60) live .223 rounds and two rifle magazines. Detectives located the goggles and distinct facemask that WOODEN had on his person the night of the protest/riots.

17. ATF Special Agent Brian Clancy an interstate nexus expert with ATF reviewed the characteristics of the American Tactical .223 caliber rifle that WOODEN possessed and determined that American Tactical rifles are not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, it had to have been transported or shipped in interstate or foreign commerce.

## Conclusion

18. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on June 2, 2020, in the Southern District of Indiana, Antonio WOODEN committed the offenses of Unlawful Possession of a Firearm by a Fugitive from Justice in violation of Title 18, United States Code, Section 922(g)(2) and Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance in violation of Title 18, United States Code, Section 922(g)(3).

I respectfully request this Court issue a Criminal Complaint charging WOODEN accordingly, along with a warrant for his arrest.

*s/Christopher G. Cooper*
Christopher G. Cooper, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by reliable electronic means.

Date: 6/3/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana