UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:20-mj-473 |
| ANTONIO WOODEN, | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Barry D. Glickman, Assistant United States Attorney, and respectfully moves this Honorable Court to enter an order detaining the defendant pending trial in this cause. In support of the foregoing request, the United States submits the following:

1. The defendant is charged in a criminal complaint issued on June 3, 2020, with Unlawful Possession of a Firearm by a Fugitive from Justice, in violation of Title 18, United States Code, Section 922(g)(2) and Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance, in violation of Title 18, United States Code, Section 922(g)(3).

2. The defendant is charged in the criminal complaint with offenses involving the possession or use of a firearm. *See* 18 U.S.C.§ 3142(f)(1)(E)

3. The United States respectfully submits that should the defendant be released, there is a serious risk he would flee. *See* 18 U.S.C.§ 3142(f)(2)(A). The United States also submits that the defendant represents a serious danger to the community.

4. For the foregoing reasons the United States is seeking the entry of an order detaining the defendant pending trial in this cause, and respectfully requests the opportunity to present other evidence, if necessary, at the Detention Hearing in this matter.

WHEREFORE, the United States of America requests the Court to grant this motion and for all other just and proper relief.

                Respectfully Submitted

                JOSH J. MINKLER
                United States Attorney

    By:    s/ Barry D. Glickman
                Barry D. Glickman
                Assistant United States Attorney