UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 25 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:20-CR-141-TWP-TAB |
| ANTONIO WOODEN, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
False Statement in Connection with the Acquisition of a Firearm
[18 U.S.C. § 922(a)(6)]

The Grand Jury charges that:

On or about May 8, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, in connection with the acquisition of a firearm, to wit, an American Tactical Omni Hybrid semiautomatic rifle, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement or statements to Shoot Point Blank, which statement or statements were as intended and likely to deceive Shoot Point Blank, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did:

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of his current residence was 1724 N. Berwick Avenue, Indianapolis, Indiana, when in fact the defendant then knew that he did not reside at such address; and/or

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the defendant was not a fugitive from justice, when in fact the defendant then knew he was a fugitive from justice; and/or

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the defendant was not an unlawful user of marijuana, when in fact the defendant then knew he was an unlawful user of marijuana.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO
False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer
[18 U.S.C. § 924(a)(1)]

The Grand Jury further charges that:

On or about May 8, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, in connection with the acquisition of a firearm, to wit, an American Tactical Omni Hybrid semiautomatic rifle, knowingly made a false statement or statements and/or a false representation or representations to Shoot Point Blank, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank, in that the defendant did:

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of his current residence was 1724 N. Berwick Avenue, Indianapolis, Indiana, when in fact the defendant then knew that he did not reside at such address; and/or

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the defendant was not a fugitive from justice, when in fact the defendant then knew he was a fugitive from justice; and/or

2

- falsely declare on an ATF Form 4473, Firearms Transaction Record, that the defendant was not an unlawful user of marijuana, when in fact the defendant then knew he was an unlawful user of marijuana.

All in violation of Title 18, United States Code, Section 924(a)(1).

## COUNT THREE
Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance
[18 U.S.C. § 922(g)(3)]

The Grand Jury further charges that:

On or about May 30, 2020, continuing through June 2, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: an American Tactical Omni Hybrid semiautomatic rifle, knowing that he was an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FOUR
Unlawful Possession of Ammunition by an Unlawful User of a Controlled Substance
[18 U.S.C. § 922(g)(3)]

The Grand Jury further charges that:

On or about June 2, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, did knowingly possess in and affecting commerce ammunition, to wit: rounds of American Eagle .223 caliber ammunition and/or rounds of Remington .223 caliber ammunition, knowing that he was an unlawful user of a controlled substance.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FIVE
Unlawful Possession of a Firearm by a Fugitive from Justice
[18 U.S.C. § 922(g)(2)]

The Grand Jury further charges that:

On or about May 30, 2020, continuing through June 2, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: an American Tactical Omni Hybrid semiautomatic rifle, knowing that he was a fugitive from justice.

All in violation of Title 18, United States Code, Section 922(g)(2).

## COUNT SIX
Unlawful Possession of Ammunition by a Fugitive from Justice
[18 U.S.C. § 922(g)(2)]

The Grand Jury further charges that:

On or about June 2, 2020, within the Southern District of Indiana, Indianapolis Division, Antonio Wooden, the defendant herein, did knowingly possess in and affecting commerce ammunition, to wit: rounds of American Eagle .223 caliber ammunition and/or rounds of Remington .223 caliber ammunition, knowing that he was a fugitive from justice.

All in violation of Title 18, United States Code, Section 922(g)(2).

## **FORFEITURE ALLEGATION**

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3.  The property subject to forfeiture includes, but is not necessarily limited to: an American Tactical Omni Hybrid semiautomatic rifle and all rounds of American Eagle and Remington .223 caliber ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Barry D. Glickman
Assistant United States Attorney

5