UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:20-cr-00141-TWP-TAB |
| | ) | |
| ANTONIO WOODEN, | ) | |
| Defendant. | ) | |

### PETITION TO ENTER A PLEA OF GUILTY AND REQUEST FOR PRESENTENCE INVESTIGATION

Defendant, Antonio Wooden, individually and by counsel, respectfully represents to the Court the following:

1. I have received a copy of the Indictment and I have reviewed it with my attorney.

2. I understand the charged against me and I wish to plead guilty to counts one and three of the Indictment.

3. I understand that count one of the Indictment charges that I committed the offense of Making a False Statement in Connection with the Acquisition of a Firearm, in violation of Title 18, United States Code, Section 922(a)(6).

4. I understand that, were I to proceed to trial on count one of the Indictment, the government would have to prove the following elements beyond a reasonable doubt:

    a. I knowingly made a false oral or written statement to a federally licensed firearms dealer;

    b. I made the false statement in connection with the acquisition or attempted acquisition of a firearm; and

    c. The statement was intended or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to me.

5. I understand that, were I to proceed to trial on count three of the Indictment, the government would have to prove the following elements beyond a reasonable doubt:
    a. I knowingly possessed a firearm; and
    b. At the time of the charged act, I was an unlawful user of a controlled substance;
    c. The firearm I possessed was in or affected interstate commerce.
6. I understand that the crimes charged in counts one and three of the Indictment carry a penalty range of not more than ten years of imprisonment.
7. I understand that the Court will impose a sentence within that statutory range.
8. I understand that the Court will consider any relevant conduct proven by a preponderance of the evidence in determining the recommended guideline range under the United States Sentencing Guidelines.
9. In understand that, in determining my sentence, the Court will consider the kinds of sentences available and the recommended guideline range determined from the United States Sentencing Guidelines Manual and any pertinent policy statements by the United States Sentencing Commission.
10. I understand that the Court is not bound by the recommended guideline range and, in determining my sentence, will also consider the nature and circumstances of the offense, my own history and characteristics, and the need for the sentence to: reflect the seriousness of the offense, promote respect for the law, provide a just punishment for the offense, afford adequate deterrence to criminal conduct, protect the public from further crimes by me, and provide me with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.
11. I understand that the Court may impose a fine of up to $250,000 in addition to any term

of imprisonment.

12. I understand that I will have to pay a Special Assessment of $100 for each felony count to which I plead guilty.

13. I understand that the Court will impose a term of post-imprisonment supervised release of not more than three years.

14. I understand that I have the right to have all my rights thoroughly explained to me and to have all my questions answered before I plead guilty.

15. I understand that I may plead "Not Guilty" to any offense charged against me, and that if I plead "Not Guilty" the Constitution guarantees me: (a) the right to a speedy and public trial by jury in the District in which I am charged; (b) the right to be considered for release until my trial occurs; (c) the right to see and hear all the witnesses against me at my trial; (d) the right to use the power and the process of the Court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial; (e) the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be; and (f) that in the event that I should be found guilty of the charge against me, I would have a right to appeal my conviction on such charge to a higher court.

16. I request and consent to a presentence investigation by U.S. Probation and consent to the review of the resulting report by the Judge, my attorney, and the government. Additionally, with the understanding that it will still be provided to my attorney, I waive the requirement under Federal Rule of Criminal Procedure 32(e)(2) that the presentence report be provided to me at least 35 days before sentencing.

Dated: 09/09/2020

*Antonio Wooden*
Antonio Wooden
Defendant


*H. Samuel Ansell*
H. Samuel Ansell
Attorney for Antonio Wooden

## **CERTIFICATE OF SERVICE**

      I certify that on September 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          *H. Samuel Ansell*
                                          H. Samuel Ansell

H. Samuel Ansell
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520
sam_ansell@fd.org