# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cr-00141-TWP-TAB |
| | ) | |
| ANTONIO WOODEN, | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

Antonio Wooden will appear before the Court for sentencing after pleading guilty to counts one and three of the indictment: making a false statement in connection with the acquisition of a firearm in violation of 18 U.S.C. §922(a)(6) and possession of a firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. §922(g)(3).

Mr. Wooden faces a statutory range of zero to ten years of incarceration to be followed by up to three years of supervised release. The applicable sentencing guidelines recommend a range of 30 to 37 months of incarceration. Mr. Wooden has been in custody as to this charge for approximately seven months.

The Court is required to look to the applicable guideline recommendation, the nature and circumstances of the offense, and the history and characteristics of the defendant to fashion a sentence that is sufficient, but not more than necessary, to reflect the seriousness of the offense, promote respect for the law, provide a just punishment, afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant, provide needed educational or vocational training, medical care, or other correctional treatment in the most effective manner, and avoid

unwarranted sentencing disparities among defendants. 18 U.S.C. §3553(a).

In determining the correct sentence, the Court must consider whether the applicable guidelines properly reflect the mandatory §3553(a) considerations and are otherwise appropriate regardless of the advisory range. In doing so, the sentencing Court may not apply a presumption of reasonableness to the recommended guideline range. *United States v. Rita*, 551 U.S. 338, 351 (2007).

**The history and characteristics of Antonio Wooden**

Antonio Wooden's early years were plagued by economic insecurity, abandonment, neglect, and abuse. The traumas of Antonio's childhood caused him to suffer from debilitating anxiety and depression as he came of age. Antonio attempted suicide by cutting his wrists when he was twelve years old and again when he was sixteen. After his second suicide attempt, Antonio began self-medicating with marijuana. He was a chronic user of marijuana from the age of sixteen until his arrest on instant case.

When Antonio was one year old and his half-brother Glen was five years old, Antonio's father went to prison for possession of cocaine. The following year Antonio's mother moved the family to Illinois where they remained for seven years before moving back to Indianapolis when Antonio was nine years old.

When Antonio was seven years old and his half-brother Glen was twelve, their mother began leaving them alone together in the apartment. At this point Glen began terrorizing Antonio with physical and psychological abuse. The abuse went on until Glen was sent to Boys School for unrelated criminal conduct at the age of sixteen. The following year, Antonio's father was sent back to prison, this time for dealing cocaine.

To Antonio's credit, he managed to graduate from high school at the age of

seventeen. However, he entered his adult years as an adolescent still and poorly equipped, both emotionally and vocationally, to move forward. The chains of depression and anxiety and chronic marijuana use continued to hold him down and hold him back. The marijuana offered temporary relief but worsened his depression and anxiety over time.

At the age of twenty-two Antonio asked his parents for help. With their assistance Antonio checked into a residential drug treatment center. Despite the desperation that caused him to seek help, Antonio checked himself out of treatment after only eighteen days. Not long after leaving treatment, Antonio relapsed into regular drug use.

**The nature and circumstances of the offense**

Antonio's depression worsened as the COVID-19 pandemic began. The surreal experience of a nation-wide lockdown compounded by the reality distorting effects of chronic marijuana use worsened Antonio's anxiety and depression. Adding to those factors, Antonio became immersed in the social media and traditional media coverage of the many killings of black people by police officers with apparent impunity. Like many of his peers, Antonio was frightened and outraged and moved to action. He felt a strong desire to make a political statement.

Antonio had also seen news coverage of right-wing so-called militias carrying combat rifles to their protests and counter-protests. And despite no previous involvement with or interest in firearms, Antonio decided to acquire a rifle like the ones carried by the white militias to make their political statements. He acquired a rifle for this purpose by lying about his marijuana use. He then carried the rifle to the protest where he was seen posing with it and, at one point, shouldering the rifle and pointing it in the direction of the approaching riot police who were discharging tear gas projectiles. The

rifle was not loaded when Antonio brought it to the protest.

**A below-guideline sentence is sufficient**

In this case, the guidelines provide a poor estimate of the appropriate sentence. But for the size of the magazine sold with the rifle, Antonio's base offense would be six levels lower. There is no empirical basis for the determination that thirty to thirty-seven months in prison will, in this case, promote respect for the law, deter similar conduct by others, or afford a just punishment more effectively than a much shorter sentence.

Antonio is an intelligent and sensitive and caring young man who has struggled to overcome his demons. He has spent the past seven months locked up in a crowded county jail. It has been a miserable experience, but it has given him his longest period of sobriety since he was sixteen years old. His self-awareness has improved dramatically, and he is no longer interested in possessing a firearm to make a political statement or for any other reason. With the clarity of his recent sobriety Antonio is hungry for knowledge and anxious to make up lost time. Supervision, drug treatment, and mental health treatment will give him the emotional and psychological stability he needs to continue his education and find his place in the world.

Respectfully submitted,

*H. Samuel Ansell*
H. Samuel Ansell
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on December 30, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*H. Samuel Ansell*
H. Samuel Ansell