**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00141-TWP-TAB |
| ) | |
| ANTONIO WOODEN, ) -01 | |
| ) | |
| Defendant. ) | |

**ENTRY FOR JANUARY 8, 2021**
**THE HONORABLE TANYA WALTON PRATT**

The Government appeared by Barry D. Glickman, Assistant United States Attorney. The Defendant appeared in person, in custody, and by FCD counsel Harold Samuel Ansell. Ryan Harrold appeared on behalf of the United States Probation Office. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's plea of guilty without the benefit of a plea agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1 False Statement in Connection with the Acquisition of a Firearm and Count 3

Unlawful Possession of a Firearm by an Unlawful User of a Controlled Substance as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 32 months on Count 1 and Count 3 to be served concurrently.

Fine: The Court ordered a fine of $250.00.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 2 years on Count 1 and Count 3 to be served concurrently.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at a facility as close to central Indiana as possible.

The Defendant shall pay to the United States a special assessment of $100.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S.

District Court.

The Government will file a motion to dismiss the remaining counts.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the United States Marshal Service.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:   1/8/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
sam.ansell@fd.org

Barry D. Glickman
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
barry.glickman@usdoj.gov