# *** PUBLIC DOCKET ***

CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00141-TWP-TAB-1

Case title: USA v. WOODEN  
Magistrate judge case number: 1:20-mj-00473-DML

Date Filed: 06/25/2020  
Date Terminated: 01/11/2021

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Barry D. Glickman** <br> UNITED STATES ATTORNEY'S OFFICE (Indianapolis) <br> 10 West Market Street <br> Suite 2100 <br> Indianapolis, IN 46204 <br> (317) 226-6333 <br> Fax: (317) 226-6125 <br> Email: barry.glickman@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2020 | 1 | NOTICE OF ATTORNEY APPEARANCE Barry D. Glickman appearing for USA. (CBU) [1:20-mj-00473-DML] (Entered: 06/04/2020) |
| 06/03/2020 | 2 | COMPLAINT & AFFIDAVIT approved and signed by Judge Magistrate Judge Debra McVicker Lynch as to ANTONIO WOODEN (1). Electronic Notice to USM-W. (CBU) [1:20-mj-00473-DML] (Entered: 06/04/2020) |
| 06/03/2020 | 4 | PENALTY SHEET as to ANTONIO WOODEN (1). (CBU) [1:20-mj-00473-DML] (Entered: 06/04/2020) |
| 06/04/2020 | 5 | MOTION for PRETRIAL DETENTION by USA as to ANTONIO WOODEN (1). (Glickman, Barry) [1:20-mj-00473-DML] (Entered: 06/04/2020) |
| 06/05/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE: Harold Samuel Ansell appearing for ANTONIO WOODEN (1) (Federal Community Defender Appointment). (Ansell, Harold) [1:20-mj-00473-DML] (Entered: 06/05/2020) |
| 06/05/2020 | 7 | MINUTE ORDER for Initial Appearance on Complaint as to ANTONIO WOODEN (1) held before Magistrate Judge Debra McVicker Lynch on |

|  |  | 6/4/2020. Detention Hearing set for 6/11/2020 10:30 AM via video conference before Criminal Duty Magistrate Judge. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Debra McVicker Lynch. Electronic Notice to USPO.(BAS) [1:20-mj-00473-DML] (Entered: 06/08/2020) |
|---|---|---|
| 06/10/2020 | 9 | TEXT ONLY ENTRY CLERK'S NOTICE - The public may listen to the hearing as to ANTONIO WOODEN (1) scheduled for 6/11/2020 at 10:30 a.m. by calling 1.408.419.1715. Participants will be required to enter Meeting ID 917 535 784 and Passcode 9358 before being connected to the hearing. All participants granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (There is no pdf document associated with this entry.) (BAS) [1:20-mj-00473-DML] (Entered: 06/10/2020) |
| 06/11/2020 | 10 | ***WITHDRAWN PER ORDER OF 6/19/2020***Submission *in opposition to government motion for detention* by ANTONIO WOODEN (1). (Ansell, Harold) Modified on 6/22/2020 (CBU). [1:20-mj-00473-DML] (Entered: 06/11/2020) |
| 06/11/2020 | 11 | Submission *in opposition to government motion for detention* by ANTONIO WOODEN (1). (Ansell, Harold) [1:20-mj-00473-DML] (Entered: 06/11/2020) |
| 06/11/2020 | 12 | MOTION to Withdraw Document 10 Submission *in Opposition to Government Motion for Detention* by ANTONIO WOODEN (1). (Attachments: # 1 Text of Proposed Order)(Ansell, Harold) [1:20-mj-00473-DML] (Entered: 06/11/2020) |
| 06/11/2020 | 14 | MINUTE ORDER for Detention Hearing as to ANTONIO WOODEN (1) held before Magistrate Judge Mark J. Dinsmore on 6/11/2020. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Mark J. Dinsmore. (BAS) [1:20-mj-00473-DML] (Entered: 06/11/2020) |
| 06/11/2020 | 15 | ORDER OF DETENTION Pending Trial as to ANTONIO WOODEN (1). Signed by Magistrate Judge Mark J. Dinsmore on 6/11/2020. (CBU) [1:20-mj-00473-DML] (Entered: 06/11/2020) |
| 06/19/2020 | 16 | ORDER granting 12 Motion to Withdraw Document 10 as to ANTONIO WOODEN (1). Signed by Magistrate Judge Mark J. Dinsmore on 6/19/2020. (CBU) [1:20-mj-00473-DML] (Entered: 06/22/2020) |
| 06/25/2020 | 17 | INDICTMENT as to ANTONIO WOODEN (1) count(s) 1, 2, 3, 4, 5, 6. Electronic notice to USM-W. (JDC) (Entered: 06/26/2020) |
| 06/25/2020 | 20 | NOTICE OF ATTORNEY APPEARANCE Barry D. Glickman appearing for USA. (JDC) (Entered: 06/26/2020) |
| 06/25/2020 | 22 | PENALTY SHEET as to ANTONIO WOODEN (1). (JDC) (Entered: 06/26/2020) |
|  |  |  |

| | | |
|---|---|---|
| 06/26/2020 | 24 | NOTIFICATION of Assigned Judge, Automatic Not Guilty Plea, Trial Date, Discovery Order and Other Matters as to ANTONIO WOODEN (1). Jury Trial set for 8/24/2020 at 9:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 6/26/2020. (JDC) (Entered: 06/26/2020) |
| 06/29/2020 | 28 | ORDER SETTING FINAL PRETRIAL AND PRETRIAL FILING DEADLINES as to ANTONIO WOODEN (1). The trial by jury in this matter remains set for August 24, 2020 at 9:00 a.m. Accordingly, this matter is set for final pretrial conference on August 4, 2020 at 10:00 a.m. in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. Counsel shall be prepared to fully discuss the status of the action in accordance with the agenda for final pretrial conferences set out in this Court's Courtroom Practice and Trial Procedures. The Defendant is ordered to appear at the final pretrial conference. (See Order for deadlines.) Signed by Judge Tanya Walton Pratt on 6/29/2020. Electronic Notice to USPO.(NAD) (Entered: 06/30/2020) |
| 06/30/2020 | 26 | SCHEDULING ORDER as to ANTONIO WOODEN (1) - Initial Appearance on Indictment set for 7/1/2020 at 10:00 AM in Video Teleconference before Criminal Duty Magistrate Judge. Video conferencing information sent by email. Audio conferencing information to be provided by separate entry. ***TEXT ONLY ENTRY*** Electronic Notice to USPO.(BAS) (Entered: 06/30/2020) |
| 06/30/2020 | 27 | TEXT ONLY ENTRY CLERK'S NOTICE - The public may listen to the hearing as to ANTONIO WOODEN (1) scheduled for 7/1/2020 by calling 1.408.419.1715. Participants will be required to enter Meeting ID 747 182 988 and Passcode 8768 before being connected to the hearing. All participants granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (There is no pdf document associated with this entry.) (BAS) (Entered: 06/30/2020) |
| 07/01/2020 | 29 | MINUTE ORDER for Initial Appearance on Indictment as to ANTONIO WOODEN (1) held before Magistrate Judge Tim A. Baker on 7/1/2020. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Tim A. Baker. (BAS) (Entered: 07/02/2020) |
| 07/01/2020 | 31 | ARREST Warrant Returned by US Marshal. Service of Warrant EXECUTED on 7/1/2020 in case as to ANTONIO WOODEN (1). Electronic Notice to USM-W.(CBU) (Entered: 07/21/2020) |
| 07/21/2020 | 30 | MOTION to Continue *Final Pretrial Conference and Trial Date* by ANTONIO WOODEN (1). (Attachments: # 1 Text of Proposed Order)(Ansell, Harold) (Entered: 07/21/2020) |
| 07/22/2020 | 32 | ORDER granting Defendant's 30 Motion to Continue Hearings as to ANTONIO WOODEN (1); Final Pretrial Conference reset for 10/27/2020 at |

| | | |
|---|---|---|
| | | 4:00 PM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Jury Trial reset for 11/16/2020 at 9:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 7/22/2020. Electronic Notice to USPO. (JDC) (Entered: 07/22/2020) |
| 09/22/2020 | 33 | PETITION TO ENTER A PLEA OF GUILTY *and request for presentence investigation* as to ANTONIO WOODEN (1). (Ansell, Harold) (Entered: 09/22/2020) |
| 09/23/2020 | 35 | ENTRY VACATING FINAL PRETRIAL AND TRIAL - The Court notes that Defendant has filed with the Court his Petition to Enter Plea of Guilty and Request for Presentence Investigation. The United States Probation Office is directed to prepare a presentence investigation report. The final pretrial conference set October 27, 2020 and the jury trial set November 16, 2020 are VACATED. A change of plea and sentencing hearing will be set after disclosure of the presentence investigation report as to ANTONIO WOODEN (1) Signed by Judge Tanya Walton Pratt on 9/23/2020. Electronic Notice to USPO. (JDC) (Entered: 09/23/2020) |
| 11/30/2020 | 39 | SCHEDULING ORDER as to ANTONIO WOODEN (1). A change of plea and sentencing hearing is now set on January 8, 2021 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Any sentencing memoranda and/or support documents must be filed by December 30, 2020. Signed by Judge Tanya Walton Pratt on 11/30/20. Electronic Notice to USPO.(NAD) (Entered: 12/01/2020) |
| 12/30/2020 | 41 | SENTENCING MEMORANDUM by ANTONIO WOODEN (1) (Ansell, Harold) (Entered: 12/30/2020) |
| 01/08/2021 | 42 | MINUTE ENTRY for change of plea and sentencing held before Judge Tanya Walton Pratt 1/8/2021: Defendant ANTONIO WOODEN (1) appeared in person and by CJA counsel Sam Ansell. Appearance for the USA by AUSA Barry Glickman. USPO represented by Ryan Harrold. Plea Accepted. Factual Basis previously filed. Sentence imposed. Judgment forthcoming. Defendant is remanded to custody of USM. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) (TRG) (Entered: 01/08/2021) |
| 01/08/2021 | 43 | MOTION to Dismiss *Counts Two, Four, Five and Six of the Indictment* by USA as to ANTONIO WOODEN (1). (Attachments: # 1 Text of Proposed Order) (Glickman, Barry) (Entered: 01/08/2021) |
| 01/11/2021 | 44 | ORDER - as to ANTONIO WOODEN (1). Upon consideration of the Government's 43 Motion to Dismiss Counts Two, Four, Five and Six Of The Indictment, it is this 11th day of January, 2021, ORDERED that the Motion to Dismiss Counts Two, Four, Five and Six of the Indictment is hereby GRANTED. Signed by Judge Tanya Walton Pratt on 1/11/2021. Electronic Notice to USPO. Electronic Notice to USM-W.(NAD) (Entered: 01/11/2021) |
| 01/11/2021 | 45 | JUDGMENT as to ANTONIO WOODEN (1). Defendant pleaded guilty to |

| | | |
|---|---|---|
| | | counts 1 and 3. IMPRISONMENT: 32 months per count, to be served concurrently. The Court makes the following recommendations to the Bureau of Prisons: Placement at a BOP facility nearest Indianapolis, Indiana. Participation in educational opportunities; prison industries; mental health treatment; and substance abuse treatment. SUPERVISED RELEASE: 2 years per count, to be served concurrently. S.A. FEE: $200.00. FINE: $250.00. Signed by Judge Tanya Walton Pratt on 1/11/2021. Electronic notice to USM-C.(NAD) (Entered: 01/11/2021) |
| 03/04/2021 | 47 | MOTION to Withdraw Attorney Appearance by Harold Samuel Ansell. by ANTONIO WOODEN (1). (Attachments: # 1 Text of Proposed Order)(Ansell, Harold) (Entered: 03/04/2021) |
| 03/05/2021 | 48 | ORDER - granting 47 Motion to Withdraw Attorney Appearance as to ANTONIO WOODEN (1). IT IS THEREFORE ORDERED that the appearance of Harold Samuel Ansell, Indiana Federal Community Defenders, shall be withdrawn as counsel for the Defendant. Signed by Judge Tanya Walton Pratt on 3/5/2021.(NAD) (Entered: 03/08/2021) |

**Case #: 1:20-cr-00141-TWP-TAB-1**